Patterson Belknap

www.pbwt.com

November 3, 2026

Lupco "Lewis" Popovski
(212) 336-2610
lpopovski@pbwt.com

Plaintiff's request at Dkt. No. 15 is **GRANTED**. The deadline for Plaintiff to file his opening brief is **EXTENDED** to **December 28, 2026**. The deadline for the Commissioner to file his brief is **EXTENDED** to **February 26, 2027**. The deadline for Plaintiff to file his reply, if any, is also **EXTENDED** to **March 29, 2027**.

The Clerk of Court is respectfully directed to close Dkt. No. 15.

SO ORDERED. November 4, 2026

SARAH L. CAVE
United States Magistrate Judge

The Honorable Sarah L. Cave
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. New York, NY 10007-1312

**Re: <u>Sanders v. Commissioner of Social Security: Unopposed Request for an Extension to File Plaintiff's Brief, No. 1:26-cv-06258-SLC (S.D.N.Y.)</u>**

Dear Judge Cave:

We are writing to request an extension on the deadline for Plaintiff Joel V. Sanders ("Plaintiff")'s Brief (ECF. No. 12). originally due October 28, 2026. The undersigned was recently added to this case as *pro bono* counsel and has yet to make a formal appearance. Plaintiff, previously acting *pro se*, has not previously requested an extension. We respectfully request an extension of 60 days in which to familiarize ourselves with the facts and background of this case and allow us to prepare and file an informed and appropriate brief. We have conferred with opposing counsel who consents to the request provided the date of any Reply is also extended by 60 days. If granted, the new deadlines will be:

Plaintiff's Opening Brief: December 28, 2026

Respondent's Reply Brief: February 26, 2027

No other dates are believed to be affected. Further, this request is not being made for purposes of delay, but only to ensure sufficient time for the newly assigned *pro bono* counsel to file an informed and appropriate brief.

Very truly yours,

/s/ Lupco “Lewis” Popovski

Cc: All Counsel (by ECF)